IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Joshua Jordan, individually and as assignee of FAITH ACTION CHURCH PARSONAGE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BOB HENRIQUEZ, in his official capacity as HILLSBOROUGH COUNTY PROPERTY APPRAISER<br><br>Defendant. | Case No. 8:25-cv-01800-MSS-CPT |

## **DEFENDANT HILLSBOROUGH COUNTY PROPERTY APPRAISER'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM OF LAW AND TO EXCEED PAGE LIMIT**

Defendant Hillsborough County Property Appraiser, pursuant to Middle District of Florida Rule 3.01(b), moves this court to allow Defendant to file an Amended Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction and exceed the 20-page limit by three pages and states as follows:

1. This action originated with Plaintiff's 13-count, 44-page Complaint (exclusive of exhibits), served on Defendant on July 25, 2025.

2. Plaintiff simultaneously filed a Renewed Motion for Preliminary Injunction.

3. The court filed an Order setting the preliminary injunction hearing for September 4, 2025, and ordering Defendant to file a response by August 11, 2025.

4. Defendant filed a Memorandum in Opposition to Plaintiff's Renewed Motion for Preliminary Injunction on August 7, 2025.

5. On August 19, 2025, Plaintiff filed a Verified Amended Complaint, now containing 325 pages and 18 counts against Defendant.

6. Defendant's Memorandum in Opposition to Plaintiff's Renewed Motion for Preliminary Injunction is now out-of-date and does not address the unlikelihood of success of all the counts and allegations made by Plaintiff.

7. Defendant requests leave to file an Amended Memorandum of Law of 23 pages (3 pages over the standard 20-page limit) and a filing deadline of two business days from the court's ruling on this motion to respond.

WHEREFORE, Defendant Hillsborough County Property Appraiser respectfully requests that the court allow it to file an Amended Memorandum of Law of up to 23 pages by August 29, 2025, and any other relief deemed appropriate by the court.

### Local Rule Rule 3.01(g) Certification

The undersigned hereby certifies that the parties conferred by email, beginning with the undersigned's email to plaintiff on August 21, 2025, in an attempt to resolve this motion. The parties were unable to agree, and therefore, this motion is opposed.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was provided via the Court's Electronic Filing System to the following addresses: joshlegalstuff@gmail.com, wds@wshepherdlaw.com, gomezm@hcpafl.org, and eservice@hcpafl.org, this 21st day of August 2025.

                                               /s/William D. Shepherd
                                               William D. Shepherd, P.A.
                                               Fla. Bar No. 938289
                                               244 SW 27th Terrace
                                               Delray Beach, FL 33445
                                               Telephone: (813) 309-8125
                                               E-mail: wds@wshepherdlaw.com
                                                              gomezm@hcpafl.org
                                                              eservice@hcpafl.org

                                             Attorney for Def. Bob Henriquez, Hillsborough County Property Appraiser